# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUICE D. WALLACE,<br><br>                          Petitioner,<br><br>v.<br><br>NEIL McDOWELL, Warden, et al.,<br><br>                        Respondents. | Case No.: 18cv2863 CAB (AGS)<br><br>**SUMMARY DISMISSAL OF SUCCESSIVE PETITION PURSUANT TO 28 U.S.C. § 2244(b)(3)(A) GATEKEEPER PROVISION** |

Petitioner, a state prisoner proceeding pro se, has submitted a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

## **PETITION BARRED BY GATEKEEPER PROVISION**

The instant Petition is not the first Petition for a Writ of Habeas Corpus Petitioner has submitted to this Court challenging his August 8, 1998 conviction in San Diego Superior Court case No. SCD 136732. On May 7, 2003, Petitioner filed in this Court a Petition for Writ of Habeas Corpus in case No. 03cv0926 JM (JFS). In that petition, Petitioner challenged his conviction in San Diego Superior Court case No. SCD 136732 as well. On September 14, 2004, this Court denied the petition on the merits. (*See* Order filed September 14, 2004 in case No. 03cv0926 JM (JFS) [Doc. No. 20].) Petitioner appealed that determination. On December 13, 2002, the Ninth Circuit Court of Appeals

denied a certificate of appealability. (*See* Order in *Wallace v. Carey*, No. 05-55176 (9th Cir. Apr. 18, 2005).)

Petitioner is now seeking to challenge the same conviction he challenged in his prior federal habeas petition. Unless a petitioner shows he or she has obtained an Order from the appropriate court of appeals authorizing the district court to consider a successive petition, the petition may not be filed in the district court. *See* 28 U.S.C. § 2244(b)(3)(A). Here, there is no indication the Ninth Circuit Court of Appeals has granted Petitioner leave to file a successive petition.

## **CONCLUSION**

Because there is no indication Petitioner has obtained permission from the Ninth Circuit Court of Appeals to file a successive petition, this Court cannot consider his Petition. Accordingly, the Court **DISMISSES** this action without prejudice to Petitioner filing a petition in this court if he obtains the necessary order from the Ninth Circuit Court of Appeals. *The Clerk of Court is directed to mail Petitioner a blank Application for Leave to File a Second or Success Petition Pursuant to 28 U.S.C. § 2254 OR § 2255 together with a copy of this Order.*

**IT IS SO ORDERED.**

Dated: December 27, 2018

_____
Hon. Cathy Ann Bencivengo
United States District Judge